*Lawrence S. Dressler,* in support of the petition.

Decided October 2, 2000

## IN RE DON J.

*Gary J. Wilson,* in support of the petition.

*Patricia E. Naktenis,* assistant attorney general, in opposition.

Decided October 2, 2000

## MARTHA MORGAN *v.* WALTER PENDLETON III ET AL.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Alan Scott Pickel,* in support of the petition.

*Frederick S. Gold* and *Sheila A. Huddleston,* in opposition.

Decided October 2, 2000

## STATE OF CONNECTICUT *v.* DUANE BANKS

KATZ, J., did not participate in the consideration or decision of this petition.